1  P. TERRY ANDERLINI, Esq. (SBN 044783)
   BRIAN J. McSWEENEY, Esq. (SBN 127758)
2  CHRIS G. ANDERSEN, Esq. (SBN 289008)
   **ANDERLINI & EMERICK LLP**
3  411 Borel Avenue Suite 501
   San Mateo CA 94402
4  Telephone 650.212.0001
5  Fax 650.212.0081

6  Attorneys for Defendants
   Marcia M. Melnikoff, individually; Marcia M.
7  Melnikoff as trustee of the Testamentary Trust
   under the Will of Josephine Bertolucci, and
8  Marcia M. Melnikoff as trustee of the Lawrence
   Bertolucci Revocable Trust dated June 6, 2007;
9  and Paul Donati, Elisa M. Donati Klunis and
   Steve Donati, as trustees of the Julio A. Donati Trust
10

11              UNITED STATES DISTRICT COURT
12
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
13

14 | TRANS'-GLOBAL LLC, a California limited | ) Case No.: C13-2149 WHO
15 | liability company,                      | )
   |                                          | ) ORDER GRANTING STIPULATION
16 |                        Plaintiff,       | ) BETWEEN PARTIES TO EXTEND
   |                                          | ) TIME TO RESPOND TO COMPLAINT
17 |                        vs.              | )
18 |                                          | )
   | LIA DETOMASI; MARIO P. DETOMASI; LORI   | )
19 | THORNTON; JEFFREY DONATI; DANIEL         | )
   | DONATI; MARCIA M. MELNIKOFF;             | )
20 | LAWRENCE BERTOLUCCI; LIA DETOMASSI as   | )
21 | trustee of THE BERTHA A. DONATI TRUST FBO| )
   | MARC DONATI; LIA DETOMASSI and MARIO    | )
22 | DETOMASSI as trustees of THE DETOMASSI  | )
   | FAMILY TRUST u/a/d June 28, 2005; LORI  | )
23 | THORNTON and LIA DETOMASSI, as trustees of| )
24 | THE BERTHA A. DONATI TRUST; PAUL        | )
   | DONATI, ELISA M. DONATI KLUNIS, and     | )
25 | STEVE DONATI, as trustees of the JULIO A.| )
26 | DONATI TRUST u/a/d June 21, 2002; MARCIA M.| )
   | MELNIKOFF, as trustee of the TESTAMENTARY| )
27 | TRUST UNDER THE WILL OF JOSEPHINE        | )
   | BERTOLUCCI; MARCIA M. MELNIKOFF and      | )
28

- 1 -

ORDER GRANTING STIPULATION BETWEEN PARTIES TO EXTEND TIME
TO RESPOND TO COMPLAINT

1  LAWRENCE BERTOLUCCI as trustees of THE )
2  LAWRENCE R. BERTOLUCCI REVOCABLE )
   TRUST dated June 6, 2007; KI MOON HONG; )
3  MYUNG S. HONG; SEO OK OH; SOOK OH; SUN )
   YE OH; SUMI KIMURA; GEORGE KIMURA; and )
4  DOES 1-25, inclusive, )
                                                     )
5                     Defendants. )

Plaintiff Trans'-Global LLC and Defendants Marcia M. Melnikoff, individually, Marcia M. Melnikoff as trustee of the Testamentary Trust under the Will of Josephine Bertolucci, and Marcia M. Melnikoff as trustee of The Lawrence R. Bertolucci Revocable Living Trust dated June 6, 2007; and Paul Donati, Elisa M. Donati Klunis, and Steve Donati, as trustees of The Julio A. Donati Family Trust u/a/d June 21, 2002 (collectively Defendants), through their counsel of record, have stipulated that the deadline for Defendants to respond to Plaintiff's First Amended Complaint shall be extended to July 30, 2013.

IT IS HEREBY ORDERED that Defendants shall respond to Plaintiffs' complaint no later than July 30, 2013.

DATED:  July 18, 2013

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION BETWEEN PARTIES TO EXTEND TIME
TO RESPOND TO COMPLAINT