P. TERRY ANDERLINI, Esq. (SBN 044783)
BRIAN J. McSWEENEY, Esq. (SBN 127758)
G. CHRIS ANDERSEN, Esq. (SBN 289008)
**ANDERLINI & EMERICK LLP**
411 Borel Avenue, Suite 501
San Mateo, CA 94402
Telephone: 650.212.0001
Fax: 650.212.0081
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS'-GLOBAL LLC, | ) Case No.: C13-02149 WHO |
| Plaintiff, | ) |
| vs. | ) SECOND STIPULATION AND ORDER |
| | ) TO EXTEND DEADLINE TO |
| LIA DETOMASI, et al., | ) RESPOND TO FIRST AMENDED |
| | ) COMPLAINT |
| Defendants. | ) |
| | ) Re:  Dkt. No. 30 |

Plaintiff Trans'-Global LLC and Defendants Marcia M. Melnikoff, individually; Marcia M. Melnikoff, as trustee of the Testamentary Trust under the Will of Josephine Bertolucci; and Marcia M. Melnikoff, as trustee of The Lawrence R. Bertolucci Revocable Living Trust dated June 6, 2007; and Paul Donati, Elisa M. Donati Klunis, and Steve Donati, as trustees of The Julio A. Donati Family Trust u/a/d June 21, 2002 (collectively Defendants), through their counsel of record, having previously stipulated to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint from July 16, 2013, to July 30, 2013, hereby stipulate and agree that the deadline for Defendants to respond to Plaintiff's First Amended Complaint is extended to August 6, 2013.

IT IS SO STIPULATED.

- 1 -

SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
AND PROPOSED ORDER

| | | |
|---|---|---|
| 1 | Dated: July 30, 2013 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: /S/ Beth B. Koh               . |
| 4 | | GREGGORY C. BRANDT<br>BETH B. KOH |
| 5 | | Attorneys for Plaintiff |

Dated: July 30, 2013                    ANDERLINI & EMERICK LLP

By: /S/ G. Chris Andersen            .
P. TERRY ANDERLINI
BRIAN J. McSWEENEY
G. CHRIS ANDERSEN
Attorneys for Defendants

**ORDER**

The Court ORDERS that Defendants shall respond to Plaintiff's complaint by August 6, 2013.

**IT IS SO ORDERED.**

DATED: July 30, 2013

_____
William H. Orrick
United States District Judge

- 2 -

SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND PROPOSED ORDER