Greggory C. Brandt (Bar No. 189487)
Beth B. Koh (Bar No. 256694)
**WENDEL, ROSEN BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510 834-1928
Email: gbrandt@wendel.com
         bkoh@wendel.com

Attorneys for Trans'-Global LLC, a California limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS'-GLOBAL LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIA DETOMASI; MARIO P. DETOMASI; LORI THORNTON; JEFFREY DONATI; DANIEL DONATI; MARCIA M. MELNIKOFF; LAWRENCE BERTOLUCCI; LIA DETOMASI as trustee of THE BERTHA A. DONATI TRUST FBO MARC DONATI; LIA DETOMASI and MARIO P. DETOMASI as trustees of THE DETOMASI FAMILY TRUST u/a/d June 28, 2005; LORI THORNTON and LIA DETOMASI, as trustees of THE BERTHA DONATI TRUST u/a/d September 30, 1996; MARC DONATI and VICKIE DONATI, as trustees of THE BERTHA A. DONATI TRUST; PAUL DONATI, ELISA M. DONATI KLUNIS and STEVE DONATI, as trustees of THE JULIO A. DONATI FAMILY TRUST u/a/d June 21, 2002; MARCIA M. MELNIKOFF as trustee of the TESTAMENTARY TRUST UNDER THE WILL OF JOSEPHINE BERTOLUCCI; MARCIA M. MELNIKOFF and LAWRENCE BERTOLUCCI as trustees of THE LAWRENCE R. BERTOLUCCI REVOCABLE LIVING TRUST dated June 6, 2007; KI MOON HONG; MYUNG S. HONG; SEO OK OH; SOOK OH, SUN YE OH, SUMI KIMURA, GEORGE KIMURA and DOES 1-25, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS and COUNTER-CLAIMS | Case No. C13-2149 WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER; STIPULATION FOR ELECTRONIC SERVICE OF DISCOVERY**<br><br><br>Honorable William H. Orrick |

1    IT IS HEREBY STIPULATED by and between the parties through their respective
2 counsel that the Case Management Conference currently scheduled for October 15, 2013 at 2 p.m.
3 in Courtroom 2 of this Court may be continued with the Court's approval until a time after January
4 15, 2014 that is convenient to the Court. The continuance is requested pursuant to Local Rule 6-1
5 (b) because the parties (with the exception of the Hong defendants) wish to further investigate the
6 status of potential insurance policies for the property and businesses at the property, in advance of
7 a case management conference. Defendant parties, furthermore, wish to wait for results of
8 environmental investigations being carried out by plaintiff, so that the parties would have a better
9 estimate of the total investigation and remediation costs associated with the contamination at the
10 property. Additionally, one dry cleaner operator has been named as a cross-defendant, but not yet
11 served, and the most-recent dry cleaner operators have been served, but have not responded in the
12 action.
13    The parties have agreed that the proposed continuance of the Case Management
14 Conference is contingent upon the parties exchanging Federal Rule of Civil Procedure 26(a)(1)
15 Initial Disclosures on October 1, 2013.
16    It is, therefore, respectfully requested that the Court order this matter to be continued until
17 after January 15, 2014.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  The parties further stipulate and consent that all discovery in this matter is to be served by
2  electronic mail pursuant to Federal Rule of Civil Procedure 5 (b)(E).

3

4  DATED: October 1, 2013                    WENDEL, ROSEN, BLACK & DEAN LLP

5

6                                             By:      */s/ Greggory C. Brandt*
7                                                      Greggory C. Brandt
                                                       Attorneys for Trans'-Global LLC, a California
8                                                      limited liability company

9

10 DATED: October 1, 2013                    ANDERLINI & EMERICK

11

12                                            By:      */s/ C. Chris Anderson*
13                                                     C. Chris Anderson
                                                       Attorneys for Steven Donati, Paul Donati, Elisa
14                                                     Donati Kunis and Marcia Melnikoff

15 DATED: October 1, 2013                    BOWLES & VERNA

16

17

18                                            By:      */s/ Ethan K. Friedman*
                                                       Ethan K. Friedman
19                                                     Attorneys for Lia DeTomasi, Mario DeTomasi,
                                                       Lori Thornton and Daniel Donati
20

21 DATED: October 1, 2013                    BERLINER COHEN

22

23                                            By:      */s/ Ralph Swanson*
24                                                     Ralph  Swanson
                                                       Attorneys for Sumi Kimura
25

26

27

28

DATED: October 1, 2013                HUNSUCKER GOODSTEIN PC


By:     */s/ Maureen Hodson*
        Maureen Hodson
        Attorneys for Ki Moon Hong and Myung S. Hong


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The court having reviewed the parties' Stipulation and good cause appearing, that the Case Management Conference in this matter currently scheduled for October 15, 2013 be continued until January 21, 2014 at 2:00 p.m.



Honorable William H. Orrick
Judge of the Superior Court

**Declaration of Beth B. Koh in Support of Stipulated Request for Order Changing Time [L.R. 6-2]**

I, Beth B. Koh, declare:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and this Court, and I am an associate with the law firm of Wendel, Rosen, Black & Dean LLP, counsel of record for plaintiff Trans'-Global LLC in this matter. I have personal knowledge of the matters set forth herein and if called upon could testify competently concerning them.

2. The parties request a continuance of the Case Management Conference in this matter because the parties (with the exception of the Hong defendants) wish to further investigate the status of potential insurance policies for the property and businesses at the property, in advance of a case management conference. Defendant parties, furthermore, wish to wait for results of environmental investigations being carried out by plaintiff, so that the parties would have a better estimate of the total investigation and remediation costs associated with the contamination at the property. Additionally, one dry cleaner operator has been named as a cross-defendant, but not yet served, and the most-recent dry cleaner operators have been served, but have not responded in the action.

3. No previous time modifications have occurred in this case, either by stipulation or Court order.

4. The requested time modification would delay the Case Management Conference by three months or longer, but would give parties time to investigate matters potentially related to alternative dispute resolution.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of October, 2013 in Oakland, California.

/s/ Beth B. Koh
Beth B. Koh