1  Greggory C. Brandt (Bar No. 189487)
   **WENDEL, ROSEN BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607
3  Telephone: (510) 834-6600
   Fax: (510 834-1928
4  Email: gbrandt@wendel.com

5

6  Attorneys for Trans'-Global LLC, a California
   limited liability company
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 TRANS'-GLOBAL LLC, a California limited liability company, | Case No. C13-2149 WHO |
| 11     Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
| 12 vs. | |
| 13 LIA DETOMASI; MARIO P. DETOMASI; LORI THORNTON; JEFFREY DONATI; DANIEL DONATI; MARCIA M. MELNIKOFF; LAWRENCE BERTOLUCCI; LIA DETOMASI as trustee of THE BERTHA A. DONATI TRUST FBO MARC DONATI; LIA DETOMASI and MARIO P. DETOMASI as trustees of THE DETOMASI FAMILY TRUST u/a/d June 28, 2005; LORI THORNTON and LIA DETOMASI, as trustees of THE BERTHA DONATI TRUST u/a/d September 30, 1996; MARC DONATI and VICKIE DONATI, as trustees of THE BERTHA A. DONATI TRUST; PAUL DONATI, ELISA M. DONATI KLUNIS and STEVE DONATI, as trustees of THE JULIO A. DONATI FAMILY TRUST u/a/d June 21, 2002; MARCIA M. MELNIKOFF as trustee of the TESTAMENTARY TRUST UNDER THE WILL OF JOSEPHINE BERTOLUCCI; MARCIA M. MELNIKOFF and LAWRENCE BERTOLUCCI as trustees of THE LAWRENCE R. BERTOLUCCI REVOCABLE LIVING TRUST dated June 6, 2007; KI MOON HONG; MYUNG S. HONG; SEO OK OH; SOOK OH, SUN YE OH, SUMI KIMURA, GEORGE KIMURA and DOES 1-25, inclusive, | Date:    January 21, 2014<br>Time:    2:00 p.m.<br>Crtrm:   2<br><br>Honorable William H. Orrick |
| 26     Defendants. | |
| 27 AND ALL RELATED CROSS-CLAIMS and COUNTER-CLAIMS | |

017710.0001\3432447.1    STIPULATION TO CONTINUE CASE STATUS       1                    C13-2149 WHO
                         REVIEW HEARING AND ORDER

1   WHEREAS, the parties previously stipulated, and this court entered an order, continuing
2 the case management conference from October 15, 2013 to January 21, 2014 to allow the parties
3 to further investigate the status of potential insurance coverage, to allow the plaintiffs to obtain an
4 estimate of the investigation and remediation costs associated with the contamination at the
5 property and to allow certain cross-defendants time to respond;

6   WHEREAS, certain parties jointly retained an insurance archaeologist to investigate the
7 potential for insurance coverage.  The investigation is ongoing, but information obtained by that
8 research has resulted in additional tenders being made to insurance carriers, although responses
9 from at least one carrier is still outstanding;

10   WHEREAS, the plaintiff's consultant conducted additional soil and groundwater
11 investigation, is preparing a bid package to obtain bids for the proposed soil remediation and plans
12 to obtain bids in or around February 2014;

13   WHEREAS, Thomas G. Palmer, Jr., who was recently added as a cross-defendant, filed his
14 responsive pleading, a cross-complaint and counterclaim on January 8, 2014;

15   WHEREAS, the parties, except for Thomas G. Palmer, Jr., have complied with the Federal
16 Rule of Civil Procedure Rule 26(a)(1) Initial Disclosure and Rule 26(f) meet and confer
17 requirements;

18   WHEREAS, the undersigned parties agree that postponing the case management
19 conference for approximately 90 days will allow additional time for further investigation into the
20 availability of insurance coverage, the preparation of responsive pleadings and to obtain an
21 estimate of future investigation and remediation costs, before the parties incur further litigation
22 and discovery costs;

23   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
24 their respective counsel that the Case Management Conference currently scheduled for January
25 21,2014 at 2 p.m. in Courtroom 2 of this Court may be continued with the Court's approval until a
26 time after April 15, 2014 that is convenient to the Court.

27   It is, therefore, respectfully requested that the Court order this matter to be continued until
28 after April 15, 2014 and that the ADR Conference, presently set for January 14, 2014, also be

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  continued to a mutually agreeable date for the parties and the ADR Program Director.

3  DATED: January 10, 2014			WENDEL, ROSEN, BLACK & DEAN LLP

5						By:	*/s/ Greggory C. Brandt*
6							Greggory C. Brandt
							Attorneys for Trans'-Global LLC, a California
7							limited liability company

9  DATED: January 9, 2014			ANDERLINI & MCSWEENEY LLP

11						By:	*/s/ Brian J. Sweeney*
12							Brian J. Sweeney
							Attorneys for Steven Donati, Paul Donati, Elisa
13							Donati Kunis and Marcia Melnikoff

14 DATED: January 10, 2014			BOWLES & VERNA

16						By:	*/s/ Ethan K. Friedman*
17							Ethan K. Friedman
							Attorneys for Lia DeTomasi, Mario DeTomasi,
18							Lori Thornton and Daniel Donati

20 DATED: January 10, 2014			BERLINER COHEN

22						By:	*/s/ Ralph Swanson*
23							Ralph Swanson
							Attorneys for Sumi Kimura

1  DATED: Janaury 10, 2014                     HUNSUCKER GOODSTEIN PC

3                                              By:    */s/ Brian Zagon*
4                                                     Brian Zagon
                                                      Attorneys for Ki Moon Hong and Myung S. Hong

6  DATED: Janaury 9, 2014                      LAW OFFICES OF MICHAEL D. McLACHLAN, APC

9                                              By:    */s/ Michael D. McLachlan*
10                                                    Michael D. McLachlan
                                                      Attorneys for Thomas G. Palmer, Jr.

### ORDER

Having reviewed the parties' Stipulation, the requested further delay in holding the initial Case Management Conference is granted in part. The Case Management Conference in this matter currently scheduled for January 24, 2014 at 2:00 p.m. is continued until **March 4, 2014** at 2 p.m. in Courtroom 2. The parties shall file a Joint Case Management Statement in accordance with the Local Rules on or before February 25, 2014. Further delay is not warranted.

Honorable William H. Orrick
Judge of the Superior Court