1   Greggory C. Brandt (Bar No. 189487)
**WENDEL, ROSEN, BLACK & DEAN LLP**
2   1111 Broadway, 24th Floor
Oakland, California 94607-4036
3   Telephone:  (510) 834-6600
Fax:  (510) 834-1928
4   Email:  gbrandt@wendel.com

5   Attorneys for Trans'-Global LLC, a California
limited liability company

6

7

8                           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10  TRANS'-GLOBAL LLC, a California limited      Case No. C13-2149 WHO
    liability company,
11                                               **STIPULATION TO EXTEND DEADLINE
                                                 FOR MEDIATION AND RESCHEDULE
12          Plaintiff,                           CASE MANAGEMENT CONFERENCE &
                                                 ORDER**
13          vs.
                                                 **ADR LOCAL RULE 6-5**
14  LIA DETOMASI; MARIO P. DETOMASI; LORI
    THORNTON; JEFFREY DONATI; DANIEL             Honorable William H. Orrick
15  DONATI; MARCIA M. MELNIKOFF;
    LAWRENCE BERTOLUCCI; LIA DETOMASI
16  as trustee of THE BERTHA A. DONATI TRUST
    FBO MARC DONATI; LIA DETOMASI and
17  MARIO P. DETOMASI as trustees of THE
    DETOMASI FAMILY TRUST u/a/d June 28,
18  2005; LORI THORNTON and LIA DETOMASI,
    as trustees of THE BERTHA DONATI TRUST
19  u/a/d September 30, 1996; MARC DONATI and
    VICKIE DONATI, as trustees of THE BERTHA
20  A. DONATI TRUST; PAUL DONATI, ELISA M.
    DONATI KLUNIS and STEVE DONATI, as
21  trustees of THE JULIO A. DONATI FAMILY
    TRUST u/a/d June 21, 2002; MARCIA M.
22  MELNIKOFF as trustee of the TESTAMENTARY
    TRUST UNDER THE WILL OF JOSEPHINE
23  BERTOLUCCI; MARCIA M. MELNIKOFF and
    LAWRENCE BERTOLUCCI as trustees of THE
24  LAWRENCE R. BERTOLUCCI REVOCABLE
    LIVING TRUST dated June 6, 2007; KI MOON
25  HONG; MYUNG S. HONG; SEO OK OH; SOOK
    OH, SUN YE OH, SUMI KIMURA, GEORGE
26  KIMURA and DOES 1-25, inclusive,

27          Defendants.

28  AND ALL RELATED CROSS-CLAIMS and
    COUNTER-CLAIMS

STIPULATION TO EXTEND DEADLINE FOR          1
MEDIATION AND RESCHEDULE CMC &
ORDER

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

1    Plaintiff Trans'-Global LLC, a California limited liability company ("Plaintiff"),

2    Defendants Lia DeTomasi; Mario P. DeTomasi; Lori Thornton; Jeffrey Donati; Daniel Donati;

3    Marcia M. Melnikoff; Lawrence Bertolucci; Lia DeTomasi As Trustee Of The Bertha A. Donati

4    Trust FBO Marc Donati; Lia DeTomasi and Mario P. DeTomasi As Trustees Of The DeTomasi

5    Family Trust U/A/D June 28, 2005; Lori Thornton And Lia DeTomasi, As Trustees Of The Bertha

6    Donati Trust U/A/D September 30, 1996; Marc Donati And Vickie Donati, As Trustees Of The

7    Bertha A. Donati Trust; Paul Donati, Elisa M. Donati Klunis And Steve Donati, As Trustees Of

8    The Julio A. Donati Family Trust U/A/D June 21, 2002; Marcia M. Melnikoff As Trustee Of The

9    Testamentary Trust Under The Will Of Josephine Bertolucci; Marcia M. Melnikoff And Lawrence

10   Bertolucci As Trustees Of The Lawrence R. Bertolucci Revocable Living Trust Dated June 6,

11   2007 (hereinafter collectively referred to as the "Owner Defendants"); Ki Moon Hong; Myung S.

12   Hong; and Sumi Kimura and Cross-Defendant Thomas G. Palmer, Jr. (hereinafter collectively

13   referred to as the "Operator Defendants") (Plaintiff, Owner Defendants, and Operator Defendants

14   together, the "Parties), by and through their undersigned counsel of record, hereby submit the

15   following stipulation to extend the deadline for mediation and the December 2, 2014 case

16   management conference in the above-captioned matter.

17   WHEREAS, on June 3, 2014, the Parties appeared for a scheduled case management

18   conference, discussed the status of the case and agreed to participate in mediation.  The court and

19   Parties discussed the appropriate time frame for conducting mediation, the court referred the

20   matter to the ADR Unit for mediation, to be completed by October 31, 2014, as agreed upon by

21   the parties.  A further case management conference was set for December 2, 2014, after the

22   mediation deadline.

23   WHEREAS, shortly after the June 3, 2014 case management conference, the Parties jointly

24   selected a mediator and reported the selection to the ADR Unit.  The Parties participated in a July

25   10, 2014 pre-mediation conference call with the mediator and selected a mutually agreeable

26   mediation date of October 8, 2014.

27   WHEREAS, plaintiff obtained competitive bids for the necessary soil and shallow

28   groundwater removal, has provided the bids to the other Parties, selected a contractor and

1    scheduled the work for later this year.

2        WHEREAS, the San Mateo County Department of Environmental Health ("County"),

3    which is overseeing plaintiff's environmental investigation and remediation notified plaintiff of

4    groundwater contamination at a nearby San Francisco Public Utility Commission groundwater

5    well and requested additional groundwater investigation at plaintiff's property.  Plaintiff

6    previously obtained one groundwater sample from the site, which did not show the presence of dry

7    cleaning solvents above the laboratory method detection levels.

8        WHEREAS, on September 4, 2014, in preparation for mediation, plaintiff's counsel

9    provided the other Parties with summary of the past and anticipated future environmental costs

10   incurred or to be incurred by the plaintiff.  Plaintiff's counsel noted that if contamination was

11   identified in the groundwater, then additional environmental investigation and remediation costs

12   would likely be incurred and plaintiff's estimates would have to be revised.

13       WHEREAS, on September 11, 2014, plaintiff submitted to the County a Groundwater

14   Investigation Work Plan.  Plaintiff has scheduled the additional groundwater investigation to begin

15   on October 22, 2014 and will have results in the field.

16       WHEREAS, on September 26, 2014, certain defendants indicated that they are not willing

17   to enter into a partial settlement or one that does not include a complete release of all past and

18   future claims.  Plaintiff responded that it was not willing to enter into a complete and final release

19   of all claims given the potential for significant additional groundwater investigation and

20   remediation costs.  The Parties agreed that it would be in their best interests to postpone mediation

21   until such time as plaintiff's additional groundwater investigation determined whether further

22   groundwater investigation and/or remediation would be necessary.

23       NOW, THEREFORE, the undersigned Parties stipulate and agree to this request that the

24   court postpone the October 31, 2014 mediation deadline until January 31, 2015.  The extension

25   will give the plaintiff time to conduct the scheduled groundwater investigation and determine if

26   additional costs will be necessary.  The case management conference presently set for December

27   2, 2014, should be postponed until a date available on the court's calendar after the newly assigned

28   mediation deadline.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

STIPULATION TO EXTEND DEADLINE FOR
MEDIATION AND RESCHEDULE CMC &
ORDER

3

1   IT IS SO STIPULATED.

2   DATED:  October 10, 2014        WENDEL, ROSEN, BLACK & DEAN LLP

3

4                                   By: _____ /s/ Greggory C. Brandt _____

5                                        Greggory C. Brandt
                                         Attorneys for Trans'-Global LLC, a California
6                                        limited liability company

7

8   DATED:  October 10, 2014        ANDERLINI & McSWEENEY LLP

9

10                                  By: _____ /s/ G. Chris Anderson _____

11                                       G. Chris Anderson
                                         Attorneys for Steven Donati, Paul Donati, Elisa
12                                       Donati Kunis and Marcia Melnikoff, et al.

13  DATED:  October 10, 2014        BOWLES & VERNA

14

15

16                                  By: _____ /s/ Ethan K. Friedman _____
                                         Ethan K. Friedman
17                                       Attorneys for Lia DeTomasi, Mario DeTomasi,
                                         Lori Thornton and Daniel Donati

18

19  DATED:  October 10, 2014        SCHUERING ZIMMERMAN & DOYLE, LLP

20

21                                  By: _____ /s/ Keith Douglas Chidlaw _____

22                                       Keith Douglas Chidlaw
                                         Attorneys for Sumi Kimura

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

STIPULATION TO EXTEND DEADLINE FOR         4
MEDIATION AND RESCHEDULE CMC &
ORDER

1    DATED:  October 10, 2014          HUNSUCKER GOODSTEIN PC

2

3                                       By:      /s/ Maureen Hodson
4                                                Maureen Hodson
                                                 Attorney for Ki Moon Hong and Myung S. Hong
5

6    DATED:  October 10, 2014          LAW OFFICES OF MICHAEL D. McLACHLAN,
                                        APC
7

8                                       By:      /s/ Michael D. McLachlan
9                                                Michael D. McLachlan
10                                               Attorneys for Thomas G. Palmer, Jr.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017710.0001\3703468.1

STIPULATION TO EXTEND DEADLINE FOR          5
MEDIATION AND RESCHEDULE CMC &
ORDER

1

**<u>ORDER</u>**

2          Based on the stipulation submitted by counsel and good cause appearing therefor:

3          The stipulated request to extend the deadline for completing mediation is GRANTED.  The

4 deadline for completing mediation is hereby extended to January 31, 2015.

5          The further case management conference set for December 2, 2014 is vacated.  A further

6 case management conference will be held on February 10, 2015 at 2:00 p.m.

7

8 IT IS SO ORDERED.

9

10 Dated: October 14, 2014

11                    HONORABLE WILLIAM H. ORRICK

                      JUDGE OF UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

STIPULATION TO EXTEND DEADLINE FOR
MEDIATION AND RESCHEDULE CMC &
ORDER

6