UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANS'-GLOBAL LLC,

    Plaintiff,

    v.

LIA DETOMASI, et al.,

    Defendants.

Case No. 13-cv-02149-WHO

**ORDER VACATING CASE MANAGEMENT CONFERENCE, CONTINUING MODIFIED STAY AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 145

Upon review of the Joint Status Report and Request for Continuation of Modified Stay (Dkt. No. 145), it is apparent that the current "soft stay" continues to allow the cost-effective investigation and remediation of the former dry cleaner location at issue in this litigation, and that progress is being made on the steps necessary for a productive mediation or other resolution in this matter. There is no need for a case management conference on November 3, 2015, and the conference is VACATED. A further case management conference will be held on May 3, 2016, at 2 pm in Courtroom 2. A Joint Status Report shall be filed by April 26, 2016 describing the further progress of this matter. The "soft stay" described in the minute order from the January 13, 2015 case management conference (Dkt. No. 106) shall remain in effect until otherwise lifted by the Court.

**IT IS SO ORDERED**.

Dated: October 30, 2015



WILLIAM H. ORRICK
United States District Judge