UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS'-GLOBAL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>LIA DETOMASI, et al.,<br><br>   Defendants. | Case No. 13-cv-02149-WHO<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, CONTINUING MODIFIED STAY AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 168 |

Upon review of the Joint Status Report and Request for Continuation of Modified Stay (Dkt. No. 168), it is apparent that the current "soft stay" continues to allow the cost-effective investigation and remediation of the former dry cleaner location at issue in this litigation, and that progress is being made on the steps necessary for a productive mediation or other resolution in this matter. There is no need for a case management conference on May 3, 2016, and the conference is VACATED. A further case management conference will be held on October 18, 2016, at 2 pm in Courtroom 2. A Joint Status Report shall be filed by October 11, 2016 describing the further progress of this matter. The "soft stay" described in the minute order from the January 13, 2015 case management conference (Dkt. No. 106) shall remain in effect until otherwise lifted by the Court.

**IT IS SO ORDERED**.

Dated: April 29, 2016

WILLIAM H. ORRICK
United States District Judge