Greggory C. Brandt (Bar No. 189487)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: gbrandt@fennemorelaw.com

Attorneys for Trans'-Global LLC, a California limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS'-GLOBAL LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIA DETOMASI; MARIO P. DETOMASI; LORI THORNTON; JEFFREY DONATI; DANIEL DONATI; MARCIA M. MELNIKOFF; LAWRENCE BERTOLUCCI; LIA DETOMASI as trustee of THE BERTHA A. DONATI TRUST FBO MARC DONATI; LIA DETOMASI and MARIO P. DETOMASI as trustees of THE DETOMASI FAMILY TRUST u/a/d June 28, 2005; LORI THORNTON and LIA DETOMASI, as trustees of THE BERTHA DONATI TRUST u/a/d September 30, 1996; MARC DONATI and VICKIE DONATI, as trustees of THE BERTHA A. DONATI TRUST; PAUL DONATI, ELISA M. DONATI KLUNIS and STEVE DONATI, as trustees of THE JULIO A. DONATI FAMILY TRUST u/a/d June 21, 2002; MARCIA M. MELNIKOFF as trustee of the TESTAMENTARY TRUST UNDER THE WILL OF JOSEPHINE BERTOLUCCI; MARCIA M. MELNIKOFF and LAWRENCE BERTOLUCCI as trustees of THE LAWRENCE R. BERTOLUCCI REVOCABLE LIVING TRUST dated June 6, 2007; KI MOON HONG; MYUNG S. HONG; SEO OK OH; SOOK OH, SUN YE OH, SUMI KIMURA, GEORGE KIMURA and DOES 1-25, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS and COUNTER-CLAIMS. | Case No. 3:13-cv-02149 WHO<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Honorable William H. Orrick |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the undersigned parties, being all the parties who have appeared in this matter, stipulate to the dismissal of this action, and all cross-claims and counterclaims filed in this action, each party to bear its/their own fees and costs. All claims, cross-claims and counterclaims by and against Herman Cohen, Seo Ok Oh, Sook Oh and Sun Ye Oh are hereby dismissed without prejudice. All other claims, cross-claims and counterclaims in this action are hereby dismissed with prejudice.

RESPECTFULLY SUBMITTED,

DATED: January 19, 2023        FENNEMORE WENDEL

By:      */s/ Greggory C. Brandt*
         Greggory C. Brandt
         Attorneys for Trans'-Global LLC, a California
         limited liability company

DATED: January 19, 2023        ANDERLINI & McSWEENEY LLP

By:      */s/ Brian J. McSweeney*
         Brian J. McSweeney
         Attorneys for Steven Donati, Paul Donati, Elisa
         Donati Kunis and Marcia Melnikoff, et al.
         ("Donati Defendants")

DATED: January 19, 2023        BOWLES & VERNA

By:      */s/ Richard T. Bowles*
         Richard T. Bowles, Attorneys for Lia DeTomasi,
         Mario DeTomasi, Lori Thornton and Daniel
         Donati ("DeTomasi Defendants")

DATED: January 19, 2023        VAN NESS FELDMAN, LLP

By:      */s/ Brian Zagon*
         Brian Zagon, Justin Panitchpakdi
         Attorney for Ki Moon Hong and Myung S. Hong

DATED: January 19, 2023        MCLACHLAN LAW, APC

By:      */s/ Michael D. McLachlan*
         Michael D. McLachlan
         Attorneys for Thomas G. Palmer, Jr.

| | | |
|---|---|---|
| 1 | DATED: January 19, 2023 | BHC LAW GROUP LLP |
| 2 | | |
| 3 | | By: _____*/s/ Alex P. Catalona*_____ |
| 4 | | Alex P. Catalona<br>Attorneys for Select Income Properties and<br>Buri-Buri Shopping Center, Inc. |
| 5 | DATED: January 19, 2023 | SCHUERING ZIMMERMAN & DOYLE, LLP |
| 6 | | |
| 7 | | By: _____*/s/ Keith D. Chidlaw*_____ |
| 8 | | Keith D. Chidlaw<br>Attorneys for Sumi Kimura |
| 9 | DATED: January 19, 2023 | FINKELSTEIN & FUJII LLP |
| 10 | | |
| 11 | | By: _____*/s/ Bruce M. Lubarsky*_____ |
| 12 | | Bruce M. Lubarsky<br>Attorney for Herman Cohen |

IT IS SO ORDERED.

DATED: __January 20__, 2023    _____

Hon. William H. Orrick
United States District Judge

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation of Dismissal is submitted, concur in the filing's content and have authorized the filing.

DATED: January 19, 2023                FENNEMORE WENDEL

By:     */s/ Greggory C. Brandt*
        Greggory C. Brandt
        Attorneys for Trans'-Global LLC, a California limited liability company